IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02190-ZLW-MEH

ILENE L. LAKE,

    Plaintiff,

v.

HCA – HEALTHONE LLC, d/b/a Swedish Medical Center - HealthOne, a Colorado corporation,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 11, 2008.**

    Defendant's Unopposed Motion for Entry of Protective Order [filed April 9, 2008; doc #17] is **granted**. The Stipulated Protective Order is filed contemporaneously with this minute order.