IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-02190-ZLW-MEH

ILENE L. LAKE,

    Plaintiff,

v.

HCA-HEALTHONE LLC, d/b/a SWEDISH MEDICAL CENTER-HEALTHONE, a Colorado Corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

Pursuant to and in accordance with the parties' Stipulation Of Dismissal With Prejudice (Doc. No. 24; July 28, 2008) and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is

ORDERED that this case is dismissed with prejudice, each party to bear her or its own costs, attorney fees, and expenses.

DATED at Denver, Colorado this  30  day of    July   , 2008.

                BY THE COURT:

                *Zita L. Weinshienk*
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court